RECEIVED
JAN 2 0 2022
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA
BY_____

5:22-mj-00018-01

## AFFIDAVIT IN SUPPORT OF
## CRIMINAL COMPLAINT AND ARREST WARRANT

Your affiant, Brett Burnett Lee, being duly sworn, states the following:

1. I am employed as a Special Agent (SA) with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), Shreveport Field Office, New Orleans Field Division. I have been employed since January 2020 and have completed the Criminal Investigator Training Program and Special Agent Basic Training at the ATF National Academy. In addition to my federal law enforcement training, I completed the Montgomery Police Academy, in Montgomery, Alabama and worked for a year and a half as a Sheriff's Deputy for Baldwin County, Alabama.

2. Through my training and experience, I am knowledgeable about federal firearms and drug laws. During my time in law enforcement, I have participated in investigations of individuals involved in the illegal use, possession, transportation, and manufacturing of firearms. I have also participated in investigations of individuals involved in the importation, manufacturing, distribution, and sale of illegal controlled substances. In such investigations I have conducted physical surveillance, electronic surveillance, and executed and participated in firearms and narcotics search warrants. I have also debriefed defendants, informants, witnesses, and other persons who have personal knowledge of the methods and practices used by drug traffickers. I am also a Petty Officer 1st Class in the United States Navy Reserves where I am rated as a Signals Intelligence Analyst where I support the cyber warfare mission of the United States.

3. Charles AKINS is prohibited from possessing firearms under federal

law. On or about June 17, 1988, AKINS entered a guilty plea to Carnal Knowledge of a Juvenile in Sabine Parish, Louisiana pursuant to Article 893 of the Louisiana Code of Criminal Procedure. AKINS' sentence was deferred and placed on supervised probation for a period of 42 months. Your affiant contacted the Department of State Records for Louisiana who confirmed AKINS has not received a Governor's Gold Seal Pardon. While this conviction may not prohibit AKINS from possessing a firearm under Louisiana state law (La. R.S. 14:95.1); it does prohibit him from possessing any firearms or ammunition under federal law.

4. Title 18, United States Code, Section 922(g)(1) states: "It shall be unlawful for any person who has been convicted in any court of, a crime punishable by imprisonment for a term exceeding one year to ship or transport in interstate commerce or foreign commerce, or possess in or affecting interstate commerce, any firearm or ammunition; or to receive any firearm or ammunition which has been shipped or transported in interstate or foreign commerce."

5. Title 18, United States Code, Section 922(g)(3) states: "An individual who is an unlawful user of or addicted to any controlled substance (as defined in section 102 of the Controlled Substances Act (21 U.S.C. 802) to ship or transport in interstate commerce or foreign commerce, or possess in or affecting interstate commerce, any firearm or ammunition; or to receive any firearm or ammunition which has been shipped or transported in interstate or foreign commerce."

6. Title 18, Unites States Code, Section 922(a)(6) states: " It is unlawful for

any person in connection with the acquisition, or attempt to acquire, any firearm or ammunition from a licensed dealer to knowingly make any false oral or written statement intended or likely to deceive the dealer with respect to any fact material to the lawfulness of the sale or other disposition of such firearm or ammunition under any provision of Title 18, United States Code, Section 921."

## INVESTIGATION

7. On or about December 21, 2021, your affiant received information that Many Police Department ("MPD") had conducted a traffic stop of a vehicle on December 19, 2021, the driver was identified as Dakota McLendon, and the passenger was identified as Charles AKINS, a convicted felon. During the stop the MPD Officer (Ofc.) Joseph Rainer asks the driver, McLendon, if there is any marijuana in the vehicle because Ofc. Rainer could smell the odor of marijuana coming from McLendon's person and vehicle. McLendon stated that it probably does because AKINS smokes marijuana. Shortly after that AKINS is heard on Ofc. Rainer's bodycam, which records audio and video, shouting from the vehicle that he (AKINS) smokes dope every day because he has a medical card. During the traffic stop AKINS exited the vehicle without being told and stated, that he (AKINS) had a gun in the car. AKINS stated to MPD officers multiple times throughout the stop it was his gun and at one point stated it was a Mac-10. During the search of the vehicle Ofc. Rainer looked inside of McLendon's vehicle and found a Masterpiece Arms 9mm Pistol located in the passenger seat of the vehicle where AKINS had exited from.

3

Additionally, during the search of the vehicle Ofc. Rainer located a small bag of suspected marijuana and 14 rectangular pills of suspected Xanax. McLendon claimed ownership of the narcotics. AKINS was allowed to leave the scene with the vehicle and firearm.

8. On or about December 28, 2015, AKINS came into contact with the Sabine Parish Sheriff's Office ("SPSO") during a call for service, where ultimately AKINS was arrested for Aggravated Assault with a Firearm, Theft (More than $750), and Criminal Trespass. Post Miranda AKINS admitted to being in possession of a .44 caliber revolver that was located in his glove box. The charges were ultimately pled down to Unauthorized Use of a Moveable.

9. On or about August 17, 2017, AKINS attempted to purchase a Ruger P95 Pistol from Pendleton Gun & Pawn, a Federal Firearms Licensee (FFL) in Many, Louisiana. On the Firearms Transaction Record (ATF Form 4473), which is the form one completes in order to purchase a firearm from an FFL, AKINS answered "No" to question 11 (c), "Have you ever been convicted in any court of a felony, or any other crime for which the judge could imprison you for more than one year?" This answer is inaccurate in light of the aforementioned guilty plea out of Sabine Parish, Louisiana. The transfer of the firearm was delayed by the Federal Bureau of Investigation (FBI), specifically the National Instant Crime Background Check System (NICS). However, on August 23, 2017, Pendleton Gun & Pawn transferred the firearm to AKINS and the FFL marked, "No response was provided within 3

business days" on the Form 4473. When an FFL receives a response from the FBI on the individuals background check after the firearm has been transferred, normally the FFL notates it on the ATF Form 4473. The ATF Form 4473 provides a box for the FFL to indicate what the FBI returns on a background check after the firearm has been transferred.

10. On September 17, 2020, AKINS called Sabine Parish Sheriff's Office dispatch and stated he (AKINS) was going to find Sabine Parish Sheriff's Office Deputy Jesse Branam and kill him. Deputy Branam is a member of the SPSO narcotics unit known as the Tactical Narcotics Team (TNT).

11. On September 19, 2020, a welfare check for Monica Akins, Charles AKINS wife, was called into SPSO dispatch. The caller stated that Monica Akins had not shown up for work. When the caller called Monica Akins, her husband, Charles AKINS, answered the phone and stated she could not talk at the moment because he (AKINS) had beat her up. SPSO Deputies responded, but Monica Akins stated nothing had happened to her.

12. On or about September 13, 2021, SPSO conducted a traffic stop where AKINS was the driver of a vehicle. SPSO Deputy Trevor Beason was instructed by AKINS to retrieve AKINS license from the vehicle. While inside the vehicle Deputy Beason observed a silver and black handgun located on top of the center console of the vehicle. The firearm located was a Ruger P95 9mm pistol, the same pistol AKINS received from Pendleton Pawn & Gun in 2017. AKINS was cited for having a

cancelled vehicle registration but was allowed to leave with the vehicle and firearm. The vehicle is a black GMC Yukon with blue lettering on the back window (F*UCK TNT).

13. On or about December 2, 2021, AKINS pulled into a parking lot where SPSO Deputy B. Jones and SPSO Deputy Sam Beason had their patrol cars parked at a restaurant in Sabine Parish. AKINS pulled up next to their patrol cars and started pointing at them. Eventually AKINS rolled down his window and proceeded to flip the deputies the bird (extending his middle finger) before exiting the parking lot.

14. On or about December 27, 2021, AKINS came into contact with SPSO. During the course of the interaction AKINS held up a MAC-10 by the magazine, that matched the description of the firearm from the MPD stop that occurred on or about December 21, 2022. AKINS then proceeded to tell SPSO Deputy Nick Sandel, he (AKINS) was riding around to find the people that killed his (AKINS) son. AKINS then stated that he stays strapped. AKINS then went onto say he (AKINS) was going to find some dope so he could get high enough to forget about the death of his son. Akins was allowed to leave the scene with the firearm.

15. On or about January 2, 2022, AKINS' Facebook page was updated and showed multiple photos were uploaded. The uploaded photos show AKINS posing with several different firearms. In one of the photos uploaded AKINS appears to be holding the Masterpiece Arms 9mm pistol from the MPD traffic stop that occurred on

or about December 21, 2021. In one photo AKINS is holding what appears to be a shotgun and, in the background, there appears to be a gun safe located directly behind him. In some of the photos it appears AKINS is standing in a living room and in the background, there appears to be photos of AKINS and his wife as well as a photo of his daughter hanging on the wall. Photos can be observed in the background, but they are not clear enough to precisely identify who is the photos.

16. Through your affiant's training and experience as a law enforcement officer, when an individual states, "they stay strapped," your affiant knows when one states they "stay strapped," they usually are referring to having a firearm on their person at all times. Your affiant knows that individuals who carry firearms tend to keep them on their person, in their cars, or at their residence. AKINS has been stopped in a variety of vehicles, by multiple agencies and in most interactions has possessed a firearm or stated he was in possession of a firearm, therefore it is more likely than not that AKINS has firearms on his person, in his car, or inside the residence.

17. On January 19, 2022 your affiant applied for and obtained a federal search warrant for AKINS residence located at 178 CD Carroll Rd, Many, LA. The warrant was executed on January 20, 2022. During the course of your affiant's search, your affiant located multiple firearms and ammunition that were in the possession of AKINS. One firearm was located in AKINS' vehicle, and several were located in rooms throughout the residence. Additionally, numerous firearms were

located in a safe at the residence, which AKINS opened for the officers. In total, the firearms recovered included: 1) a Marlin Rifle .22; 2) a Norinco SKS 7.62; 3) a Ruger Rifle 6.5 Creedmoor; 4) a Remington Shotgun 870 12ga; 5) CAI Shotgun 12ga; 6) Mossberg Shotgun 500A 12ga; 7) Ruger Pistol 9mm; 8) Ruger Pistol P94 .40 cal; 9) a Masterpiece Arms Pistol 9mm. Additionally, agents located a small amount of suspected marijuana in the residence.

18. On January 20, 2022, AKINS agreed to be interviewed after being advised of his rights. AKINS admitted to possessing the firearms referenced above in paragraph 17. Further, AKINS admitted that he smokes approximately one ounce of marijuana every two days.

19. It is your affiant's training and experience, along with that of other members of law enforcement that the seized firearms were not manufactured in Louisiana and therefore travelled in or affected interstate commerce.

## CONCLUSION

20. Based upon my training and experience, and the facts set forth in this Affidavit, your affiant respectfully asserts that probable cause exists that Charles AKINS has committed violations under Title 18, United States Code, Section 922(g)(3). Therefore, your affiant respectfully requests that this Honorable Court issue a Complaint and Arrest Warrant for Charles AKINS.

_____
BRETT BURNETT LEE
Special Agent, ATF

Subscribed and sworn before me on January 20, 2022, in Shreveport, Louisiana.

_____
HON. MARK L. HORNSBY
United States Magistrate Judge

9