














