

GOVERNMENT
EXHIBIT

3

PENGAD 800-431-9890