**RECEIVED**
FEB 09 2022
TONY R. MOORE CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | 5:22-cr-00032-01 |
| | * | Judge Foote |
| VERSUS | * | Magistrate Judge Hornsby |
| | * | |
| CHARLES CALVIN AKINS | * | |

### INDICTMENT

THE GRAND JURY CHARGES:

### COUNT 1
Possession of Firearms by an Unlawful User of a Controlled Substance
18 U.S.C. § 922(g)(3)

On or about January 20, 2022, in the Western District of Louisiana, the defendant, **Charles Calvin Akins**, knowing he was an unlawful user of and addicted to any controlled substance, knowingly possessed in and affecting commerce, firearms and ammunition, to wit:

1) a Marlin rifle, Model: 60, Caliber: .22;

2) a Norinco rifle, Model: Hunter Sporter, Caliber: 7.62;

3) a Ruger rifle; Model: American; Caliber: 6.5;

4) a Remington shotgun; Model: 870; Caliber: .12ga;

5) a China Jing An shotgun; Model: HL12; Caliber: 12ga;

6) a Mossberg shotgun; Model: 500A; Caliber: 12ga;

7) a Ruger pistol; Model: P95; Caliber: 9mm;

8) a Ruger pistol; Model: P94; Caliber: .40;

Page 1 of 4

9) a Masterpiece Arms pistol; Model: MPA30T; Caliber: 9mm;

10) 1367 rounds of assorted ammunition;

all in violation of Title 18, United States Code, Section 922(g)(3).

## COUNT 2 THROUGH COUNT 16
Possession of a Dog for Use in an Animal Fighting Venture
7 U.S.C. § 2156(b)

On or about January 20, 2022, in the Western District of Louisiana, the defendant, **Charles Calvin Akins**, did knowingly buy, sell, deliver, possess, train, or transport a dog for purposes of having the dog participate in an animal fighting venture, namely:

| COUNT | DOG |
|---|---|
| 2 | USM719 |
| 3 | USM720 |
| 4 | USM721 |
| 5 | USM722 |
| 6 | USM723 |
| 7 | USM724 |
| 8 | USM725 |
| 9 | USM726 |
| 10 | USM727 |
| 11 | USM728 |
| 12 | USM729 |
| 13 | USM730 |
| 14 | USM731 |
| 15 | USM732 |
| 16 | USM733 |

all in violation of Title 7, United States Code, Section 2156(b), and Title 18, United States Code, Section 49.

At all times relevant to this Indictment, an "animal fighting venture" was "any event, in or affecting interstate or foreign commerce, that involves a fight conducted

or to be conducted between at least two (2) animals for purposes of sport, wagering, or entertainment." 7 U.S.C. § 2156(f)(1).

## FORFEITURE NOTICE

A. The allegations in the above counts are realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of the Federal Rule of Criminal Procedure 32.2 and Title 18, United States Code, Section 924(d); Title 7, United States Code, Section 2156(e); and Title 28, United States Code, Section 2461(c).

B. Upon conviction of the offense alleged in Count 1 of this Indictment, the defendant, **Charles Calvin Akins**, shall forfeit to the United States the following items seized by law enforcement officers:

1) a Marlin rifle, Model: 60, Caliber: .22,

2) a Norinco rifle, Model: Hunter Sporter, Caliber: 7.62;

3) a Ruger rifle; Model: American; Caliber: 6.5;

4) a Remington shotgun; Model: 870; Caliber: .12ga;

5) a China Jing An shotgun; Model: HL12; Caliber: 12ga;

6) a Mossberg shotgun; Model: 500A; Caliber: 12ga;

7) a Ruger pistol; Model: P95; Caliber: 9mm;

8) a Ruger pistol; Model: P94; Caliber: .40;

9) a Masterpiece Arms pistol; Model: MPA30T; Caliber: 9mm;

10) 1367 rounds of assorted ammunition;

C. By virtue of the offense charged in Count 1 of this Indictment, any and all interest in the above-described property is vested in the United States and is

forfeited to the United States pursuant to the Federal Rules of Criminal Procedure and Title 18, United States Code, Section 924(d).

D. Upon conviction of the offenses alleged in Count 2 through Count 16 of this Indictment, the defendant, **Charles Calvin Akins**, shall forfeit to the United States any and all animals involved in the commission of the offense charged in each such count of which the defendant is convicted, pursuant to Title 7, United States Code, Section 2156(e), and Title 28, United States Code, Section 2461(c).

All in accordance with the Federal Rules of Criminal Procedure, Title 18, United States Code, Section 924(d) [18 U.S.C. § 924(d)]; Title 7, United States Code, Section 2156(e) [7 U.S.C. § 2156(e)]; and Title 28, United States Code, Section 2461(c) [28 U.S.C. § 2461(c)].

A TRUE BILL:

*REDACTED*
Grand Jury Foreperson

BRANDON B. BROWN
United States Attorney

BRIAN C. FLANAGAN, LA Bar #35125
Assistant United States Attorney

CADESBY B. COOPER, NY Reg. #5414483
Assistant United States Attorney
300 Fannin Street, Suite 320
Shreveport, Louisiana 71101
(318) 676-3600